**The MANHATTAN LIFE INSURANCE COMPANY, Petitioner,**

v.

**Elizabeth B. HARKRIDER, Respondent.**

**No. A–11187.**

Supreme Court of Texas.

April 13, 1966.

Rehearing Denied May 25, 1966.

Coleman Gay, Austin, for petitioner.

Gaynor Kendall, Austin, for respondent.

512 512 ****

PER CURIAM.

The burden of proof was upon the petitioner to prove that the alleged misrepresentations by the insured were material to the risk. The jury refused to so find. We agree with the holding of the Court of Civil Appeals that there was evidence to support the answers of the jury. This is determinative of the case; therefore, we do not reach the other points of error urged by the petitioner. We refuse the application for writ of error with the notation "no reversible error." 396 S.W.2d 207.